# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ADRIANA MARIA QUIROZ-ZAPATA, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | |
| MARY ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARTIN SARELLANOJR, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, US IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, US DEPARTMENT OF HOMELAND SECURITY; AND PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; | § § § § § § § § § § § § § § § § § § § § § § § | No. 3:25-CV-00148-LS |
| *Defendants*. | § § | |

## ORDER

Petitioner challenges her continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] The Court finds good cause to delay any order for a hearing on this matter until Petitioner clarifies her claims.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

2

By **June 6, 2025**, Petitioner must delineate (1) the particular constitutional provision, federal law, or treaty Respondents violated; and (2) for each such provision, law, or treaty, the particular facts bearing out any claimed violation. This supplemental pleading is limited to three pages. The parties can anticipate an order from the Court for proposed findings of fact and conclusions of law if necessary to resolve the matter.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 2, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**